COURT OF APPEALS, (E. S.) JUNE TERM, 1823.

SEEGAR's EX'RS. *vs.* THE STATE, use of SENEY's Adm'r.

Whether or not
an action can be
maintained on a
testamentary or
administration
bond by a credi-
tor of the deceas-
ed, before a *non
est inventus* on a
*capias ad respon-
dendum* be return
ed against the exe-
cutor or adminis-
trator, or a *fieri
facias* returned
*nulla bona*, &c?

APPEAL from *Queen-Anne's* county court. An action
of debt was brought on the administration bond, dated the
24th of December 1808, given by *Ann Benton* on the es-
tate of *Mark Benton*, deceased. The defendants, (the
present appellees,) as executors of *T. Seegar*, one of the
sureties in that bond, pleaded *general performance*. On
the part of the state non-performance was replied, and the
breach assigned was the nonpayment of £130 13s 9d,
due to *J. Seney*, deceased, (whose executors prosecuted
this action,) as his distributive share of his father's es-
tate, upon which *M. Benton* administered. To this repli-
cation there was a general demurrer, and a joinder in de-
murrer. The county court overruled the demurrer, and
gave judgment for the plaintiff; from which judgment the
defendants appealed to this court.

The cause was argued at the last June term, before
CHASE, Ch. J. BUCHANAN, MARTIN, and STEPHEN, J.

*Chambers* and *Harrison*, for the appellants, relied on
the act of 1720, ch. 24.

*Carmichael*, for the appellee, cited 5 *Com. Dig.* 230.

JUDGMENT REVERSED.